# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SYNTHETIC TURF COUNCIL, | |
| Plaintiff, | |
| v. | Civil Action No. 4:19-cv-102 |
| PATH TO PROSPERITY, INC., D/B/A PURCHASE GREEN; ECOGREEN AMERICA, INC.; PROMOUNDS, INC.; GLOBAL SYN-TURF, INC.; PERFECT TURF, LLC; STANFORD ALLIANCE GROUP, INC.; SYNTHETIC GRASS SUPERSTORE, INC.; FULL SWING GOLF, INC.; ARIZONA TURF DEPOT, LLC; CO-CREATION GRASS INTERNATIONAL; QINGDAO BELLINTURF INDUSTRIAL CO., LTD; LELING TAISHAN ARTIFICIAL TURF INJURY CO., LTD; JIANGSU VIVATURF CO., LTD.; | EX PARTE AND UNDER SEAL |
| Defendants. | |

## ORDER

Upon consideration of the motion filed by the United States to unseal this *qui tam* pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), **IT IS HEREBY ORDERED THAT**:

1. The Relator's Complaint, this Order, the Government's motion to lift seal, and the Government's Notice of Election to Decline Intervention be unsealed and served upon the Defendants by the Relator;

2. All other documents filed by the Government shall remain under seal unless further ordered by the Court;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and

7. Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued – except by voluntary dismissal without prejudice by the relator, to which the Government has already consented – the Court will solicit the written consent of the Government before ruling or granting its approval.

So Ordered this 27th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA