# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SYNTHETIC TURF COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>PATH TO PROSPERITY, INC., et. al,<br><br>Defendants. | CIVIL ACTION NO.: 4:19-cv-102 |

## O R D E R

Presently before the Court is the Relator's Request for Voluntary Dismissal Without Prejudice. (Doc. 11.) Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the voluntary dismissal of the above-captioned *qui tam* action and hereby **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 23rd day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA